808

*Emil Weitzner* for petitioners. *Mr. Benjamin Siegel* for respondent.

No. 789. UNITED STATES EX REL. KITHCART *v.* GARDNER ET AL. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Boyd L. Kithcart, pro se.*

No. 809. SUMMERS *v.* RICE ET AL. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Jennie Summers, pro se. Paul Rice* and *Mabel Rice, pro se.*

No. 884. ROGOWAY *v.* WARDEN, U. S. PENITENTIARY, McNEIL ISLAND, WASHINGTON. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Ted Rogoway, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *W. Marvin Smith* for respondent.

No. 891. WELCH *v.* TEXAS. March 2, 1942. Petition for writ of certiorari to the Court of Criminal Appeals, of Texas, and motion for leave to proceed further *in forma pauperis,* denied. *W. C. Welch, pro se. Messrs. Gerald C. Mann,* Attorney General of Texas, and *Geo. W. Barcus,* Assistant Attorney General, for respondent.